In the Matter of NIAGARA FRONTIER TRANSIT METRO SYSTEM, INC., Appellant, v AMALGAMATED TRANSIT LOCAL UNION 1342 et al., Respondents. [959 NYS2d 85]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

 In the Matter of the Estate of PERCY PERRY, Deceased. BARNEY B. PERRY, SR., Appellant; TRACEE MEGNA, as Executrix of PERCY PERRY, Deceased, Respondent. [959 NYS2d 86]—Motion for reargument denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Whalen, JJ.